UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| BRIAN JAMES KALUZA,<br><br>        Plaintiff,<br><br>    v.<br><br>UNITED STATES GOVERNMENT,<br><br>        Defendant. | No. CV-04-277-FVS<br><br>ORDER |

**THIS MATTER** having come before the Court for screening pursuant to 28 U.S.C. § 1915(e)(2); and the Court having determined that the plaintiff has failed to state a claim for which relief may be granted; Now, therefore

**IT IS HEREBY ORDERED:**

The plaintiff's complaint is dismissed without prejudice. All pending motions are denied as moot.

**IT IS SO ORDERED.** The District Court Executive is hereby directed to enter this order, furnish a copy to Mr. Kaluza, and close this case.

**DATED** this  13th  day of September, 2005.

                                    s/Fred Van Sickle
                                    Fred Van Sickle
                          United States District Judge

ORDER - 1